[D.I. 36]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CARMEN CARRASQUILLO, Individually and as the Administratrix of the Estate of Pedro Pimentel Maldonado,<br><br>       Plaintiff,<br><br>  v.<br><br>WOO KWANG SONG, M.D., et al.,<br><br>       Defendants. | Civil No. 16-491 (NLH/AMD) |

**ORDER**

      This Matter comes before the Court by way of motion [D.I. 36] of Plaintiff for an Order entering default judgment against Defendants Lawrence Feinerman, M.D. and Rancocas Anesthesiology, P.A.; and the Court having conducted an in-person conference on December 13, 2016 on the record with all counsel; and the appearances of counsel being noted on the record; and Plaintiff's counsel having consented to withdrawing the motion; and for the reasons set forth on the record, and for good cause shown:

IT IS on this 13th day of December 2016, hereby

**ORDERED** that Plaintiff's motion for default judgment shall be, and is hereby, **DISMISSED**.


s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman